IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| April C.,<br><br>            Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of the Social Security Administration,<br><br>            Defendant. | C/A No. 5:22-cv-2318-SAL<br><br><br>**ORDER** |

Before the Court is Plaintiff's[1] Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"). [ECF No. 20.] Plaintiff requests an award of attorney's fees in the amount of Four Thousand Nine Hundred and Fourteen Dollars and 00/100 cents ($4,914.00) pursuant to 28 U.S.C. § 2412(d) of the EAJA. The Government does not oppose the request. [ECF No. 21.]

Accordingly, it is hereby ORDERED that Plaintiff is awarded Four Thousand Nine Hundred and Fourteen Dollars and 00/100 cents ($4,914.00) in attorney's fees pursuant to 28 U.S.C. § 2412(d). These attorney's fees will be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the attorney's fees awarded in this Order to the extent necessary to satisfy such debt(s).

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended due to significant privacy concerns in social security cases that federal courts refer to claimants only by their first name and last initials in court opinions.

2

**IT IS SO ORDERED.**

October 13, 2023  Sherri A. Lydon
Columbia, South Carolina  United States District Judge

2